IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01084-WYD-MEH

GEORGE CARTER, an individual,

     Plaintiff(s),

v.

DEVELOPMENTAL PATHWAYS, INC., a Colorado non-profit corporation,

     Defendant(s).

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, filed May 7, 2007 (docket #27) and the Court being fully advised, hereby approves the parties' stipulation as follows:

IT IS ORDERED that Civil Action No. 06-cv-01084 is dismissed **WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.  It is

FURTHER ORDERED that the terms of the Agreement between the parties pursuant to which the Stipulation and Order of Dismissal with Prejudice have been entered are to be dept strictly confidential by Plaintiff and that any disclosure of such terms except to his immediate family, his tax advisors, or as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.  As a further exception to this confidentiality provision, Plaintiff may disclose any aspect of the tax treatment and tax structure of this settlement to any third party.

Dated: May 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge